Same case below, 17 So. 3d 293.

**No. 09-8320. Joe Eugene Vincent, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3320, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4275.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 575 F.3d 820.

**No. 09-8388. Norman A. Parada, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3321, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4204.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 577 F.3d 1275.

**No. 09-8445. Donovan Thomas Culps, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3321, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4193.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 329 Fed. Appx. 134.

**No. 09-8461. Scott Edgar Dyleski, Petitioner v. California.**

560 U.S. 927, 130 S. Ct. 3321, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4192.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 09-8603. Everardo Guzman, Petitioner v. Oregon.**

560 U.S. 927, 130 S. Ct. 3321, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4260.

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 227 Or. App. 361, 206 P.3d 210.

**No. 09-8643. Juan Jose Madrid, Petitioner v. United States.**

560 U.S. 928, 130 S. Ct. 3321, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4290.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 882.

**No. 09-8674. Curtis J. Benford, Petitioner v. United States.**

560 U.S. 928, 130 S. Ct. 3322, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4302,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 574 F.3d 1228.